| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) JACOBS, DENNIS | 2. Court or Organization Court of Appeals, 2d Circuit | 3. Date of Report 4/25/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date 3/20/92 ○ Initial ⊙ Annual ● Final | 6. Reporting Period 1/1/04 to 12/31/04 |
| 7. Chambers or Office Address U. S. Courthouse 40 Foley Square New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY -2 A 10: 23 FINANCIAL DISCLOSURE OFFICE RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JACOBS, DENNIS | 4/25/05 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 4/25/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Muni Bond: NY GO Ser B Unltd Tax 8/15/13 | C | Interest | | | Call | 08/16 | K | | |
| 2. Muni Bond: NYC Ser F U/T Book Entry Dtd 3/1/95 | B | Interest | K | T | | | | | |
| 3. Muni Bond: New York NY Ser E FGIC 11/21/96 | C | Interest | | | Exchanged | 08/16 | L | | |
| 4. Muni Bond: New York NY Ser B Book Entry Unltd ux 8/15/96 | C | Interest | L | T | | | | | |
| 5. Muni Bond: New York, NY Rfdg - Ser A FSA-CR 7/23/98 | C | Interest | L | T | | | | | |
| 6. Muni Bond: New York City Ser H G/O Book Entry 1/28/97 | D | Interest | M | T | | | | | |
| 7. Muni Bond: New York State Twy Auth Svc. Hwy & Brdg 8/1/00 | B | Interest | L | T | | | | | |
| 8. Muni Bond: New York City Ser L G/O MBIA Insd 6/10/97 | C | Interest | L | T | | | | | |
| 9. Muni Bond: New York NY Ser D FGIC 11/18/97 | C | Interest | L | T | | | | | |
| 10. Muni Bond: New York NY Ser L-MBIA-IBC 6/10/97 | B | Interest | K | T | | | | | |
| 11. Muni Bond: Long Island Pwr Au Elec Sys Gen Rv-A 5/1/98 | B | Interest | K | T | | | | | |
| 12. Muni Bond: Long Island Pwr Au Elec sys Rev Gen MBIA 10/15/98 | C | Interest | L | T | | | | | |
| 13. Muni Bond: New York NY Ser H-FGIC-TCRS UNLTD/TAX 3/29/01 | B | Interest | K | T | | | | | |
| 14. Muni Bond: New York NY Ser F-MBIA IBC U/T OID 11/21/96 | D | Interest | | | Exchanged | 10/05 | L | | |
| 15. Muni Bond: New York ST DORM AUTH REVS SER-B-E.T.M. 7/1/90 | B | Interest | K | T | | | | | |
| 16. Muni Bond: New York ST DORM AUTH REVS RFDG-ST UNIV 8/1/93 | C | Interest | L | T | | | | | |
| 17. Muni Bond: New York ST TWY AUTH SVC CRCT REV RFDG 8/15/98 | C | Interest | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENIS | /25/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muni Bond: New York ST TWY AUTH SVC CRTC REV RFDG F9/1/97 | B | Interest | K | T | | | | | |
| 19. Muni Bond: New York ST URB DEV CRP RV-B-CRCTL FACS 11/1/98 | C | Interest | L | T | | | | | |
| 20. Muni Bond: LI NY Pwr Au Elec Sys Gen Rv DTD 5/1/98 | D | Interest | M | T | | | | | |
| 21. Muni Bond: Greenwich NY Cent Sch Dist Rfdg DTD 6/24/02 | C | Interest | L | T | | | | | |
| 22. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser C 7/1/02 | C | Interest | L | T | | | | | |
| 23. Muni Bond: NY St TWY Auth Hwy & Brdg Rfdg Ser C 7DTD7/1/02 | C | Interest | L | T | | | | | |
| 24. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser B DTD 7/1/00 | D | Interest | M | T | | | | | |
| 25. Muni Bond: NYS Twy Auth Svc Cont Rev Rfdg DTD 8/7/02 | C | Interest | L | T | | | | | |
| 26. Muni Bond: NYS TWY Auth Hwy & Brdg TR Fd Ser A FSA dated 3/1 | B | Interest | K | T | | | | | |
| 27. Muni Bond: NY St UDC Corr & Youth Facs Svc Contract 11/26/02 | B | Interest | L | T | | | | | |
| 28. Muni Bond: NY Ser F MBIA IBC OID 11/21/96 | | None | K | T | Exchange | 10/05 | | | |
| 29. Muni Bond: New York NY Ser F MBIA IBC OID 11/21/9 | | None | L | T | Exchange | 10/05 | | | |
| 30. Muni Bond: New York NY Ser E FGIC UT 11/21/96 | | None | K | T | Exchange | 08/16 | | | |
| 31. Muni Bond: New York NY Ser E FGIC U/T 11/21/96 | | None | K | T | Exchange | 08/16 | | | |
| 32. Money Mkt.: Smith Barney Muni NY Money Mkt. Portfolio | A | Dividend | J | T | | | | | |
| 33. Checking: Chase Manhattan Bank, NYC | A | Interest | J | T | | | | | |
| 34. Checking: Amalgamated Bank of New York | A | Interest | J | T | | | | | |
| 35. Chase Manhattan Mortgage Corp: Escrow Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | I = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 4/25/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. Fidelity Rollover IRA | F | Dividend | P1 | T | | | | | |
| 37. - Fidelity Spartan 500 Index | | | | | Addl Purch | 12/28 | M | | |
| 38. - Vanguard Index Trust S&P 500 Portfolio | | | | | | | | | |
| 39. - Fidelity Cash Reserves | | | | | | | | | |
| 40. - TCW Galileo Select Equities Class I | | | | | Sold | 12/29 | M | | |
| 41. - Baron Growth Fund | | | | | Addl purch | 12/28 | K | | |
| 42. - Dodge & Cox Stock Fund | | | | | | | | | |
| 43. - Royce Total Return Fund | | | | | Addl Purch | 12/28 | K | | |
| 44. American Growth Fund of America | | | | | | | | | |
| 45. Dreyfus Mid-Cap Fund | | | | | | | | | |
| 46. - Bond: Fedl Home Loan Bank Bonds | | | | | | | | | |
| 47. - Bond: Fedl Farm Cr Bks Cons Bd | | | | | | | | | |
| 48. - Bond: Fedl Farm Credit Banks Funding Corp | | | | | | | | | |
| 49. - Bond: Fedl Home Ln Bk 5/13/11 | | | | | | | | | |
| 50. - Bond: Fedl Farm CR Bks FDG 12/20/10 | | | | | Addl purch | 02/27 | K | | |
| 51. - Bond: Fedl Frm Cr BKS 4/11/12 | | | | | | | | | |
| 52. - Bond: Fedl Home Ln Bks Cons Bd 6/29/09 | | | | | | | | | |
| 53. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | Addl purch | 02/27 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | JACOBS, DENNIS | 4/25/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 55. - Bond: Fedl Home Ln Bks Glbl BD 9/16/13 | | | | | Buy | 05/06 | L | | |
| 56. TIAA-CREF | | None | L | T | | | | | |
| 57. - CREF Stock Account | | | | | | | | | |
| 58. | | | | | | | | | |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

With respect to Part VII. Investments and Trusts:

Line 3: A single bond valued at L was exchanged for two bonds of the same issue, each valued at K. The original bond had no value at the end of the reporting period. See lines 30 & 31 for the listing of the two new bonds.

Line 14: A single bond valued at L was exchanged for two bonds of the same issue valued at K & L. The original bond had no value at the end of the reporting period. See lines 28 & 29 for the listing of the two new bonds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date __4/25/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544